IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW CHOY,<br><br>    Plaintiff,<br><br>vs.<br><br>BARBARA CHOY, and MICHAEL COY,<br><br>    Defendants. | 8:24CV72<br><br>**MEMORANDUM AND ORDER** |

On March 18, 2024, the Court ordered Plaintiff to file a signed copy of his Complaint, Filing No. 1, and either pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis by April 17, 2024, or face dismissal of this action. Filing No. 5. To date, Plaintiff has not filed a signed copy of his Complaint, paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 6th day of May, 2024.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge